UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  ) BK No.: 14-33951
Abdel M Shafek  )
  ) Chapter: 7
  ) Honorable Carol Doyle
  )
  )
Debtor(s)  )

## ORDER MODIFYING THE AUTOMATIC STAY

THIS CAUSE coming to be heard on the motion of CitiMortgage, Inc., a secured creditor herein, for relief from the automatic stay, the Court having jurisdiction over the subject matter and due notice having been given; and it appearing to the Court that the mortgage held by said creditor is in default and that the security interest of said creditor is not adequately protected:

WHEREFORE, IT IS HEREBY ORDERED:
(1) Pursuant to 11 U.S.C. Section 362(d), that CitiMortgage, Inc. its principals, agents, successors and/or assigns is granted relief from the automatic stay provisions of 11 U.S.C. Section 362(a) by modifying said stay to permit them to pursue all non bankruptcy remedies and work out options as to the property commonly known as 285 11Th Street, Wheeling, IL.

(2) Rule 4001(a)(3) is waived and CitiMortgage, Inc. may immediately enforce and implement this order granting relief from the automatic stay

EFFECTIVE NOVEMBER 11, 2014

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: October 29, 2014

**Prepared by:**

Maria A. Georgopoulos  ARDC#6281450
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
C&A FILE(14-14-19337)