IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| IN RE: | ) | BANKRUPTCY CASE |
| --- | --- | --- |
| ABDEL M SHAFEK, | ) ) | NO.: 14-33951 |
| Debtor, | ) ) | CHAPTER 7 |
| | ) ) | JUDGE: CAROL A. DOYLE |
| | ) | |

## NOTICE OF MOTION

TO: SEE ATTACHED ADDRESSES

PLEASE TAKE NOTICE THAT ON April 20, 2017 at 10:00 AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Carol A. Doyle, U.S. Bankruptcy Judge, 219 S. Dearborn St., Chicago, Illinois 60604, room 742, and shall then and there present the attached Motion and at which time you may appear if you so desire.

## CERTIFICATION

I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on April 10, 2017, with proper postage prepaid.

McCalla Raymer Leibert Pierce, LLC

Dana O'Brien
/s/Dana O'Brien
ARDC# 6256415

1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

**Pierce & Associates, P.C. and McCalla Raymer, LLC combined Firms to form the Firm McCalla Raymer Pierce, LLC.**
**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

File No. BK-002417-17

# NOTICE OF MOTION ADDRESSES

To Trustee:                                                   *by Electronic Notice through ECF*
N. Neville Reid
Fox, Heftner et al.
200 W. Madison Street, Suite 3000
Chicago, IL 60606

Attorney for Trustee:
Bruce de'Medici
834 Forest Avenue
Oak Park, IL 60302


To Debtor:
Abdel M Shafek                                          *Served via U.S. Mail*
294 9th Street #2D
Wheeling, IL 60090

285 11th Street
Wheeling, IL 60090


To Attorney:                                              *by Electronic Notice through ECF*
Kristin K Beilke, Esq.
Geraci Law L.L.C.
55 East Monroe Street #3400
Chicago, IL 60603


McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088
File No. BK-002417-17

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| ABDEL M SHAFEK, | ) | NO.: 14-33951 |
| | ) | |
| Debtor, | ) | CHAPTER 7 |
| | ) | |
| | ) | JUDGE: CAROL A. DOYLE |
| | ) | |

**MOTION TO COMPEL TRUSTEE TO ABANDON PROPERTY,
AND FOR OTHER RELIEF**

NOW COMES Capital Mortgage Services of Texas by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, and moves this Court pursuant to Bankruptcy Rule 11 U.S.C. Section 554 (b) and 6007(b) to compel the trustee to abandon certain property of the estate states as follows:

1. On September 18, 2014, the above captioned Chapter 7 was filed.

2. The Chapter 7 Trustee in this case is N. Neville Reid.

3. Bruce de'Medici has been appointed as attorney for the Trustee in this matter.

4. Capital Mortgage Services of Texas services the first mortgage lien on the property located at 294 9th Street #2D, Wheeling, Illinois 60090.

5. The debt is based on a August 29, 1996, Mortgage and Note in the original sum of $56,500.00.

6. On January 06, 2015 the discharge order was entered.

7. On February 13, 2017, the Chapter 7 Trustee has filed an Asset Report.

8. On April 27, 2016, and Individual Estate Property Report Asset Cases was filed stating that the property at issue in this motion is fully administered, and it appears from said Report that the property is not an asset of this estate.

9. The Property is burdensome and/or of inconsequential value and benefit to the estate.

10. There is no equity in the property for the benefit of unsecured creditors.

11. Capital Mortgage Services of Texas is not adequately protected.

12. The Debtor's mailing address is different from 294 9th Street #2D, Wheeling, Illinois 60090.

13. Capital Mortgage Services of Texas continues to be injured each day it remains bound by the Automatic Stay.

14. Counsel for Capital Mortgage Services of Texas requests that at this time the trustee abandon the property located at 294 9th Street #2D, Wheeling, Illinois.

WHEREFORE, YOUR Capital Mortgage Services of Texas respectfully requests that the Trustee abandon the property located at 294 9th Street #2D, Wheeling, Illinois 60090 from property of the estate and for such other order as the Court deems just and proper

        Capital Mortgage Services of Texas


        McCalla Raymer Leibert Pierce, LLC

By:    /s/Dana O'Brien
        Dana O'Brien
        Illinois Bar No. 6256415
        Attorney for Creditor
        1 N. Dearborn Suite 1200
        Chicago, IL 60602
        Phone: (312) 346-9088
        Fax: (312) 551-4400
        Email: ILpleadings@mcalla.com