# REQUIRED STATEMENT
# TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

Debtor  Abdel M Shafek  Case No  14-33951  Chapter  7
Moving Creditor  Capital Mortgage Services of Texas  Date Case Filed  September 18, 2014

Nature of Relief Sought:  ☒ Lift Stay   ☐ Annul Stay   ☒ Other (describe) Abandon property

Chapter 7
☒ Asset Report Filed on   February 13, 2017
☐ No-Asset Report not Filed, Date of Creditors Meeting   _____

1. Collateral
   a. ☒ Home
   b. ☐ Car  Year, Make, and Model _
   c. ☐ Other (describe) _____

2. Balance Owed as of February 21, 2017 $21,456.50
   Total of all other Liens against Collateral $41,593.00 (per debtor's schedule)

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $60,000.00 (per debtor's schedule)

5. Default
   a. ☒ Contractual Default
      Number of months 5   Amount $2,662.75

   b. ☐ Post-Petition Default
      i.  ☐ On direct payments to the moving creditor
          Number of months ____  Amount $____
      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months _____  Amount $_____

6. Other Allegations
   a. ☐ Lack of Adequate Protection § 362(d)(1)
      i.   ☐ No insurance
      ii.  ☐ Taxes unpaid  Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv.  ☐ Other (describe) _____

   b. ☒ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i.   ☐ Bad Faith (describe) __
      ii.  ☐ Multiple Filings
      iii. ☒ Other (describe) payment default

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☒ Reaffirm  ii. ☐ Redeem  iii. ☐ Surrender  iv. ☐ No Statement of Intention Filed

Date: April 10, 2017     Submitted By:     /s/Dana  O'Brien
                                            ARDC# 6256415
                                            McCalla Raymer Leibert Pierce, LLC