UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 14-33951
ABDEL M SHAFEK )
) Chapter: 7
) Honorable Carol Doyle
)
)
Debtor(s) )

## ORDER COMPELLING ABANDONMENT

This cause coming to be heard on the Motion of Capital Mortgage Services of Texas, a Creditor herein, for an Order Compelling the Trustee to Abandon the property located at 294 9th Street #2D, Wheeling, Illinois, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED: Pursuant to 11 U.S.C. Section 554 and 11 U.S.C. Section 6007 (b) that the property located at 294 9th Street #2D, Wheeling, Illinois is abandoned.

Bankruptcy Rule 4001 (a)(3) is waived and not applicable.

Enter: */s/ Carol A. Doyle*

Honorable Carol A. Doyle
Dated: April 20, 2017     United States Bankruptcy Judge

**Prepared by:**

McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

File #: BK-002417-17