UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

ABDEL M. SHAFEK

Chapter 7
Case No. 14-33951

Judge CAROL A DOYLE

Debtor(s)

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on July 26, 2017, at the hour of 10:00 A.M., I shall appear before the Honorable Judge CAROL A DOYLE, Room 742, of the McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and then and there move the Court pursuant to the attached Motion, at which time and place you may appear if you see fit.

*/s/ Timothy R. Yueill*
By: Timothy R. Yueill, Esq.

**Served upon the following parties electronically:**
KRISTIN K. BEILKE, GERACI LAW L.L.C.,55 E. MONROE ST., #3400, CHICAGO, IL 60603 - Counsel for Debtor(s)
N. NEVILLE REID, 200 W. MADISON ST., STE 3000, CHICAGO, IL 60606 - Trustee
PATRICK S. LAYNG, OFFICE OF THE U.S. TRUSTEE, REGION 11, 219 S. DEARBORN ST., ROOM 873, CHICAGO, IL 60604-U.S. Trustee

**and served upon the following parties by mail:**
ABDEL M. SHAFEK, 285 11TH ST., WHEELING, IL 60090 - Debtor(s)

## Certification of Service

I, the undersigned, an attorney, hereby certified that I have served a copy of this Notice along with the attached Motion upon the parties listed above, as to the Trustees and Debtor(s)' counsel via electronic through ECF on July 19, 2017, and as to the Debtor(s) by causing same to be mailed in a properly addressed envelope, postage prepaid, in the U.S. Mail Chute at 175 North Franklin, Chicago, Illinois, before the hour of 5:00 p.m., on July 19, 2017.

By: */s/ Timothy R. Yueill*

**LAW OFFICES OF IRA T. NEVEL, LLC**
Ira T. Nevel
Timothy R. Yueill
Greg Elsnic
Richard Drezek
Nathan J. Buikema
Aaron Nevel
175 North Franklin St. Suite 201
Chicago, Illinois  60606
(312) 357-1125
Pleadings@nevellaw.com
MO
# 17-02223
 THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

ABDEL M. SHAFEK

Debtor(s)

Chapter 7
Case No. 14-33951

Judge CAROL A DOYLE

## MOTION FOR RELIEF FROM AUTOMATIC STAY

NOW COMES CIT Bank, N.A., formerly known as One West Bank N.A., formerly known as One West Bank, FSB, a secured creditor herein, by and through its counsel, LAW OFFICES OF IRA T. NEVEL, LLC and moves this Honorable Court for an Order granting relief from the Automatic Stay in these proceedings, and in support thereof, states as follows:

1. That the Creditor claims a valid security interest in the property commonly known as 294 9TH STREET, WHEELING, IL 60090.

2. That said interest is based on a Note and Mortgage previously executed by the Debtor on June 29, 1998.

3. The debtor has executed and delivered or is otherwise obligated with respect to that certain promissory note (the "Note"). A copy of the Note is attached hereto as Exhibit A. Movant is an entity entitled to enforce the Note.

4. Pursuant to that certain Mortgage (the "Mortgage"), all obligations (collectively, the "Obligations") of the Debtor under and with respect to the Note and the Mortgage are secured by the Property. A copy of the Mortgage is attached hereto as Exhibit B.

5. All rights and remedies under the Mortgage have been assigned to the Movant pursuant to that certain assignment of mortgage and certificate of merger, copies of which are attached hereto as Exhibits C-1 and C-2.

6. That the approximate total balance due this Creditor pursuant to said security interest as of July 7, 2017 was $20,647.87.

7. That enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. §362 of the Bankruptcy Code upon Debtor(s) filing this Petition on September 18, 2014.

8. That the Debtor(s)is in default in the performance of the terms and conditions of said Note and Mortgage and are contractually due for the March 2017 payment with a total default as of July 7, 2017 in excess of $2053.63.

9. That the Movant herein is a subordinate lienholder on the real property referenced above in which an Order Compelling Abandonment was previously granted as to the senior lienholder on April 20, 2017.

10. That since such Order, the Trustee, on April 28, 2017, filed an Individual Estate Property Record and Report Asset Cases form in which he formally abandoned the Estate's interest in the real property pursuant to 11 U.S.C. §554(a). Copy of report is attached hereto as Ex.D.

11. That an Order of Discharge was previously entered on January 5, 2015.

12. That as a result of the above, this Creditor is entitled to relief from the Automatic Stay under 11 U.S.C. §362(d).

13. That out of an abundance of caution, the Movant herein is seeking an Order of relief herein.

14. That this Court has the authority to order that Rule 4001(a)(3) is not applicable to the Order entered in granting this Motion, and this Creditor requests this Court to so order.

15. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested herein, Movant has also incurred $350.00 in legal fees and $181 in costs. Movant reserves all right to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

WHEREFORE, this Creditor CIT Bank, N.A., and/or its assigns, requests this Honorable Court to enter an Order modifying the Automatic Stay pursuant to 11 U.S.C. §362(d) and for other such relief as this Court may deem fit.

Law Office of Ira T. Nevel, LLC

*/s/ Timothy R. Yueill*
By: Timothy R. Yueill, Esq.
Counsel for CIT Bank, N.A.

LAW OFFICES OF IRA T. NEVEL, LLC
Ira T. Nevel
Timothy R. Yueill
Greg Elsnic
Richard Drezek
Nathan J. Buikema
Aaron Nevel